UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**MAURICE G. HARGROVE,**

    **Plaintiff,**

v.                                  Case No.  5:24-cv-187-TKW-MJF

**ABM INDUSTRIES, INC.** and **GCA EDUCATION SERVICE,**

    **Defendants.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 20).  No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to state a plausible claim for relief and that granting further leave to amend in unwarranted.  Accordingly, it is

**ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    This case is DISMISSED with prejudice under 28 U.S.C. §1915(e)(2)(B)(ii) for failure to state a plausible claim for relief.

3. All pending motions are DENIED as moot.

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 6th day of October, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**